UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2002
JUNE 10, 2003 SESSION

**FILED**
JUN 1 0 2003
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                        CRIMINAL NO. 2:03-00135
                          18 U.S.C. § 922(g)(1)
                          18 U.S.C. § 924(a)(2)
LANDO ADKINS


# I N D I C T M E N T

The Grand Jury Charges:

1. On or about September 2, 2002, in or near Justice Addition, Logan County, West Virginia, and within the Southern District of West Virginia, defendant LANDO ADKINS knowingly possessed a firearm, that is a Marlin .22 caliber semi-automatic rifle, in and affecting interstate commerce.

2. At the time defendant LANDO ADKINS possessed the aforesaid firearm, he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921 (a)(20), that is:

   a. Convicted on or about May 18, 1989, in the Circuit Court of Pinellas County, Florida, of the crime of Aggravated Battery in violation of Florida Statutes Chapter 784.045;

   b. Convicted on or about October 1, 1979, in the Circuit Court of Pinellas County, Florida of the crime of Second Degree Murder in violation of Florida Statutes Chapter 782.04(1)(a);

    c.    Convicted on or about November 16, 1971, in the Circuit Court of Logan County, West Virginia of the crime of Breaking and Entering in violation of West Virginia Code Section 61-3-12;

    d.    Convicted on or about November 16, 1971 in the Circuit Court of Logan County, West Virginia of the crime of Grand Larceny in violation of West Virginia Code Section 61-3-13.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill.

_____
Foreperson

KASEY WARNER
United States Attorney

By: _____
JOSHUA C. HANKS
Assistant United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **WEST VIRGINIA**

**HUNTINGTON** Division

## THE UNITED STATES OF AMERICA

vs.

**LANDO ADKINS**

## INDICTMENT

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A true bill.

*O. Dale Allman* _____ Foreman

Filed in open court this _____ day,

of _____ A.D. 19 ___

_____ Clerk

Bail, $ _____

FORM DBD-34
JUN. 85